# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANTA, INC. D/B/A GREEN CARPET INN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-15-872-R |
| | ) |
| NAUTILUS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant seeks to exclude the testimony of Plaintiff's public adjuster, Art Boutin, who Plaintiff indicates will offer expert testimony on the issue of the property damage sustained at the Green Carpet Inn as the result of a May 31, 2013 tornado. Doc. No. 56. Plaintiff responded in opposition to the motion. The Court hereby **DENIES** Defendant's motion. Mr. Boutin, by virtue of his professional training and experience is qualified to testify as to the causation of the damage to the Green Carpet Inn. The issues raised by Defendant may be addressed on cross-examination and do not necessitate the limitation on Mr. Boutin's testimony that Defendant seeks to impose.

**IT IS SO ORDERED** this 8th day of March 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE