## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANTA, INC. DBA GREEN CARPET INN )<br>)<br>Plaintiff,  )<br>)<br>v.   )   Case No. CIV-15-872-R<br>NAUTILUS INSURANCE COMPANY )<br>)<br>Defendant.  ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to this action hereby stipulate that the parties have entered into an agreement whereby this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 26th day of April, 2017.

/s/ *Michael M. Gavito*
_____
MATTHEW R. PEARSON
Texas Bar No. 00788173
Email: mpearson@gplawfirm.com
MICHAEL M. GAVITO
Oklahoma Bar No. 32296
Email: mgavito@gplawfirm.com
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile: (210) 472-1110

**ATTORNEYS FOR PLAINTIFF**

And

BY:  */s/ Douglas M. Kleeman*
　　　Jay Russell Sever, (Bar #23935)
　　　Douglas M. Kleeman, (Bar #31221)
　　　Canal Place | 365 Canal Street, Suite 2000
　　　New Orleans, Louisiana 70130-6534
　　　Telephone: 504-566-1311
　　　Telecopier: 504-568-9130
　　　Email:  jay.sever@phelps.com
　　　　　　　doug.kleeman@phelps.com

**ATTORNEYS FOR DEFENDANT,
NAUTILUS INSURANCE COMPANY**